606 A.2d 359

STATE OF NEW JERSEY, v. LOUIS J. RIVELL.

March 30, 1992.

Petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. Bruce Anderson*, 127 *N.J.* 191, 603 *A.2d* 928 (1992).